UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARLENE GRANT,<br><br>　　　　　　Plaintiff;<br><br>　　v.<br><br>EDMONDS VILLAGE CONDOMINIUMS HOMEOWNERS' ASSOCIATION,<br><br>　　　　　　Defendant. | No. 2:12-CV-01806-RSM<br><br>STIPULATION AND ORDER CONTINUING TRIAL AND RELATED DATES |

　　　　As evidenced by the signatures of their respective attorneys below, Plaintiff and Defendant hereby stipulate and agree as follows:

　　　　1.　The Order Setting Trial Date and Related Dates in the above-captioned action (Dkt. # 13) set a trial date of April 21, 2014, and various pretrial dates.

　　　　2.　To date, Plaintiff has been represented in this case by Rebecca A.M. Bailey. Ms. Bailey is in the process of moving to Utah.  Therefore, on December 4, 2013, the parties filed a Stipulation and [Proposed] Order of Withdrawal and Substitution of Counsel for Plaintiff (Dkt. No. 17).  On December 5, an Order was entered substituting Robert P. Brouillard for Ms. Bailey as Plaintiff's counsel in this action.

STIPULATION AND ORDER CONTINUING
TRIAL AND RELATED DATES - 1
(No. 2:12-CV-01806-RSM)

LAW OFFICE OF ROBERT P. BROUILLARD
1860 NW 195th Street
Shoreline, WA 98177
Telephone: (206) 629-5240
Fax: (206) 577-3843

3. Given the fact that Plaintiff has new counsel in this case, Plaintiff wishes to continue the trial and related dates to allow Plaintiff's new counsel to become familiar with the facts and history of the case. Defendant has graciously agreed to such a continuance.

4. The parties respectfully propose the following continued trial and related dates:

<u>Trial</u>:  November 3, 2014, at 9:00 am;

<u>Reports from experts deadline</u>:  April 25, 2014;

<u>Discovery motions filing deadline</u>:  May 22, 2014;

<u>Discovery cutoff</u>:  July 11, 2014;

<u>Mediation deadline</u>:  September 19, 2014;

<u>Motions in limine filing deadline</u>:  October **6**, 2014;

<u>Agreed PTO lodging deadline</u>:  October **22**, 2014;

<u>Trial briefs/voir dire/jury instructions/exhibits deadlines</u>:  October **29**, 2014;

<u>Length of jury trial</u>:  (4 days).

5. On October 22, 2013, Defendant filed a Motion under Rules 34 and 37, Fed.R.Civ.P., to Require Plaintiff to Produce Initial Disclosure Documents and Allow Entry on and Inspection of Property. Said Motion is noted for the motion calendar for December 13, 2013. The parties respectfully request that the noting date of said Motion be continued six (6) weeks, to January 24, 2014.

//

//

//

STIPULATION AND ORDER CONTINUING TRIAL AND RELATED DATES - 2
(No. 2:12-CV-01806-RSM)

LAW OFFICE OF ROBERT P. BROUILLARD
1860 NW 195th Street
Shoreline, WA 98177
Telephone: (206) 629-5240
Fax: (206) 577-3843

6. The above-captioned action is related to proceedings pending in Snohomish County Superior Court. Plaintiff and Defendant believe, and hereby submit to the Court, that the continuances requested herein will make a resolution of this action, and the state court proceedings, more likely.

## ORDER

Based on the stipulation of the parties IT IS SO ORDERED.

DATED this 17 day of December 2013.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Robert P. Brouillard*
Robert P. Brouillard, Esq.
WSBA No. 19786
Attorney for Plaintiff


/s/ *Steven A. Rockey*
Steven A. Rockey, Esq.
WSBA No. 14508
Attorney for Defendant

STIPULATION AND ORDER CONTINUING
TRIAL AND RELATED DATES - 3
(No. 2:12-CV-01806-RSM)

LAW OFFICE OF ROBERT P. BROUILLARD
1860 NW 195th Street
Shoreline, WA 98177
Telephone: (206) 629-5240
Fax: (206) 577-3843